# EXHIBIT 2

| No. | Date | Author | Addressee | Other Recipients | Description | Basis |
|---|---|---|---|---|---|---|
| 1 | 06-29-06 | Mark Hibshman | Kathie Bulson | | TAG-00074776 through 77, Confidential email between joint defendants discussing legal advice and strategy provided by outside counsel (Ernest Buff & Associates) involving common legal interests and joint defense prepared principally or exclusively in the course of adversarial litigation re: European Patent Litigation. | AC/WP |
| 2 | 09-14-06 | Mark Hibshman | Dennis Gadonniex | Kathie Bulson | TAG-0007493, Confidential email between clients and outside consultant for outside counsel (Ernest Buff & Associates) for the purpose of assisting in litigation re: AC Deactivation Testing. | AC |
| 3 | 11-11-06 | Dennis Gadonniex | Ernest Buff, Esq., Mark Krom, Norm Hansen, Hans Peter | | TAG-0015032 through -54, Confidential electronic document prepared for outside attorney got the purposes of assisting in litigation re: AC Deactivation Testing. | AC/WP |
| 4 | 10-17-06 | Dennis Gadonniex | Ernest Buff, Esq., Mark Krom, Norm Hansen, Hans Peter | | TAG-0015032 through -54; Confidential electronic document prepared for outside attorney for the purposes of assisting in litigation re: AC Deactivation Testing. | AC/WP |
| 5 | 10-30-06 | Mark Hibshman | Dennis Gadonniex | Dan DiCosola, Kathie Bulson | TAG-0007490; Confidential email between clients regarding testing and analysis performed for outside counsel (Ernest Buff & Associates) in preparation for litigation re: DC Magnetization test. | AC |
| 6 | 10-12-06 | Mark Hibshman | Dennis Gadonniex | Hans Peter, Kathie Bulson, Mark Volz | TAG 0007600; Confidential email between clients regarding testing and analysis performed on behalf of outside counsel (Ernest Buff & Associates) in anticipation of litigation. | AC |
| 7 | 05-25-06 | Paul Kashimba, Esq., Ernest Buff | | | Confidential attorney work product between attorneys for joint defendants involving common legal interests and joint defense prepared principally or exclusively in the course of or in the preparation of adversarial litigation re: joint defense agreement. | AC/WP |
| 8 | 09-30-06 | Kathie Bulson | Mark Krom, Richard Cowan, Joy Green, Hans Peter Mark Hibshman, Mark Volz, Todd Fatino | | Confidential memorandum between clients discussing legal strategy and opinions provided to them by outside counsel (Ernest Buff & Associates, and Gunster, Yoakley & Stewart, P.A.) concerning common legal interests in anticipation of adversarial litigation; Document marked Privileged and Confidential, subject to Joint Defense Agreement." | AC |

| | | | | |
|---|---|---|---|---|
| 9 | Undated | Paul Kashimba, Esq., Ernest Buff | | Confidential Document re: Limited common interest, joint defense and confidentiality agreement between parties drafted by outside counsel (Buff & Kashimba) in anticipation of adversarial litigation. Located in Kathie Bulson Files | AC/WP |
| 10 | 02-10-06 | Kathie Bulson | Dennis Gadonniex | Confidential email between client and outside consultant re: performing bias testing at the request of outside counsel (Ernest Buff & Associates) in anticipation or preparation for litigation. | AC |
| 11 | 07-01-07 | Robert Waters, Esq. | Hans Peter, Mark Krom | Confidential attorney communication re: legal services contract. | AC/WP |
| 12 | 01-18-07 | Robert Waters, Esq. | Joy Green | Confidential attorney communication re: legal services contract. | AC/WP |
| 13 | 01-01-04 | Paul Kashimba, Esq. Ernest Buff, Esq. | | Confidential attorney contract prepared by outside counsel (Buff & Kashimba) re limited joint defense agreement prepared in anticipation of adversarial litigation. Document located in Joy Green Files | AC/WP |
| 14 | 08-30-06 | Joy Green | Hiren Patel, Esq. | Confidential email between client and outside attorney (Patel) re joint defense agreement prepared in anticipation of adversarial litigation. | AC |
| 15 | 01-09-06 | Joy Green | Hiren Patel, Esq. | Confidential email between client and outside attorney (Patel) re: joint defense agreement prepared in anticipation of adversarial litigation. | AC |
| 16 | 08-30-06 | Joy Green | Hiren Patel, Esq. | Confidential email between client and outside attorney (Patel) re: joint defense agreement prepared in anticipation of adversarial litigation. | AC |
| 17 | 08-03-2006 TO BE DISCLOSED | Joy Green | Mark Krom | Confidential email between client re attorney communications and attorney legal advice on the joint defense agreement prepared in anticipation of adversarial litigation. E-mail string includes e-mail from Jurg Gassmann, Esq. and Hiren Patel, Esq. | AC |
| 18 | 08-03-2006 TO BE DISCLOSE | Joy Green | Mark Krom | Confidential email between client re attorney communications and attorney legal advice on the joint defense agreement prepared in anticipation of adversarial litigation. E-mail string includes e-mail from Jurg Gassmann, Esq. and Hiren Patel, Esq. | AC |

| 19 | 08-02-2006 TO BE DISCLOSED | Joy Green | Mark Krom, Patrick Teroerde, Esq., Jurg Gassmann, Esq. | Hiren Patel, Esq., Kathie Bulson | Confidential email between client and outside counsel (Teroerde & Gassmann) re joint defense agreement prepared in anticipation of adversarial litigation. | AC |
|----|------|------|------|------|------|------|
| 20 | 07-30-06 | Kathie Bulson | Mark Krom | | Confidential email between clients reflecting attorney advice re: joint defense agreement prepared in anticipation of adversarial litigation. | AC |
| 21 | 01-09-06 | Joy Green | Hiren Patel, Esq. | | Confidential email between client and outside attorney (Patel) re: joint defense agreement prepared in anticipation of adversarial litigation. | AC |
| 22 | 01-23-07 | Kathie Bulson | Benjamin Shively, Esq. | Robert Waters, Esq. | Confidential email between client and outside counsel re document sweep. | AC |
| 23 | 02-12-07 | Kathie Bulson | Benjamin Shively, Esq. | | Confidential email from client to outside counsel re document sweep. | AC |
| 24 | 02-12-07 | Kathie Bulson | Benjamin Shively, Esq. | | Confidential email from client to outside counsel re document sweep. | AC |
| 25 | 01-24-07 | Kathie Bulson | Benjamin Shively, Esq. | | Confidential email from client to attorney re document sweep. | AC |
| 26 | 10-31-06 | Kathie Bulson | Suzanne Connell, Mark Krom, Phil Doyle, John Marchese | | Confidential email between clients discussing legal advice and strategy involving potential defense of intellectual property rights of EAS products, including product involved in this litigation, provided by outside counsel, Martin Hyden, Esq.; Includes e-mail string from Martin Hyden, Esq. | AC |
| 27 | 10-31-06 | Kathie Bulson | Suzanne Connell. Mark Krom, Phil Doyle, john Marchese | | Confidential email between clients discussing legal advice and strategy involving potential defense of intellectual property rights of EAS products, including product involved in this litigation, provided by outside counsel, Martin Hyden, Esq.; Includes e-mail string from Martin Hyden, Esq. | AC |
| 28 | 10-31-06 | Kathie Bulson | Suzanne Connell. Mark Krom, Phil Doyle, John Marchese | | Confidential email between clients discussing legal advice and strategy involving potential defense of intellectual property rights of EAS products, including product involved in this litigation, provided by outside counsel, Martin Hyden, Esq.; Includes e-mail string from Martin Hyden, Esq. | AC |
| 29 | 11-14-06 | Kathie Bulson | Paul Kashimba, Esq. | Sandy Poalillo, Mark Krom, Joy Green | Confidential email from client to outside counsel (Gunster, Yoakley & Stewart, P.A.) for the purpose of seeking or obtaining legal advice regarding patent opinion and IP position involving EAS markers including those EAS markers now subject to this litigation. | AC |

| 30 | 11-17-06 | Kathie Bulson | Ron Premuroso, Joy Green | | Confidential email between clients discussing legal opinions and strategy involving common legal interests. Email string includes email from Paul Kashimba, Esq. involving common legal interest and joint defense prepared principally or exclusively in the course of or in the preparation of adversarial litigation. | AC |
| 31 | 09-19-06 | Kathie Bulson | Mark Krom, Martin Hyden, Esq. | | Confidential email from client to outside counsel (Hyden) for the purpose of seeking legal advice regarding patent opinion and IP position involving EAS markers including those EAS markers now subject to this litigation. | AC |
| 32 | 09-19-06 | Kathie Bulson | Martin Hyden, Esq., Mark Krom | | Confidential email from client to outside counsel (Hyden) for the purpose of seeking legal advice regarding patent opinion and IP position involving EAS markers including those EAS markers now subject to this litigation. | AC |
| 33 | 01-30-07 | Kathie Bulson | Hans Peter, Marl Volz, Mark Krom, Mark Hibshman | Robert Waters, Esq., Benjamin Shively, Esq. | Confidential email between clients and outside counsel (Waters Law Group) discussing legal advice and opinions provided by outside counsel, involving common legal interests in preparation of adversarial litigation re this litigation. | AC |
| 34 | 01-10-07 | Kathie Bulson | Norm Hansen, Dennis Gadonniex | | Confidential email between client and outside consultant re: testing and analysis performed by outside consultant for outside counsel (Ernest Buff & Associates) for litigation defense (European patent litigation) and discussion of this litigation. Document marked Privileged and Confidential, subject to joint defense agreement. | AC |
| 35 | 01-10-07 | Kathie Bulson | Steve Mankin | | Confidential email between client and outside consultant re: testing and analysis performed by outside consultant for outside counsel (Ernest Buff & Associates) for litigation defense (European patent litigation) and discussion of this litigation. Document marked Privileged and Confidential, subject to joint defense agreement. | AC |
| 36 | 11-30-06 | Kathie Bulson | Dennis Gadonniex, Norm Hansen | | Confidential email from client to outside consultant requesting input to assist outside legal counsel (Waters Law Group) in litigation defense re this case. Document marked Privileged and Confidential, subject to joint defense agreement. | AC |
| 37 | 01-26-07 | Kathie Bulson | Benjamin Shively, Esq. | Robert Waters, Esq. | Confidential email from client to outside attorney re document sweep. | AC |

THIRD AMENDED TAG-PHENIX-GADONNIEX PRIVILEGED DOCUMENT LOG

*Sensormatic Electronics Corp. v. The TAG Co. US LLC, Phenix Label Co, Dennis Gadonniex*

Civ. Case No. 06-81105 CIV Hurley/Hopkins (S.D. Fla.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | 01-24-07 | Kathie Bulson | Robert Waters, Esq. | | Confidential email from client to outside attorney (Waters) for the purpose of seeking legal advice regarding parties' defense of this litigation. | AC |
| 39 | 01-19-07 | Kathie Bulson | Benjamin Shively, Esq., Robert Waters, Esq. | | Confidential email from client to outside attorney re document sweep. | AC |
| 40 | 05-24-06 | Paul Kashimba, Esq. | Kathie Bulson | Sandy Poalillo, Mark Krom | Confidential email from outside counsel (Kashimba) to client for the purpose of providing legal advice regarding patent opinion and IP position involving EAS markers including those EAS markers now subject to this litigation. | AC |
| 41 | 05-12-06 | Mark Krom | Hans Peter, Mark Hibshman, Kathie Bulson | | Confidential email between clients discussing legal advice and strategy provided by outside counsel (Waters Law Group) involving common legal interests, re this case. | AC |
| 42 | 12-20-06 | Robert Waters, Esq. | Hans Peter, Mark Hibshman, Mark Krom, Kathie Bulson, Ernest Buff, Esq., Jason Poling, Esq., Olen York, Esq., Brian Foxworthy, Esq., Rick Mazzoli, Esq., Benjamin Shively, Esq., Lynn Waters, Susan Tephly | | Confidential email from outside counsel (Waters Law Group) to clients providing legal advice and opinion involving common legal interests re defense of this case. | AC |
| 43 | 05-12-06 | Mark Krom | Kathie Bulson, Mark Hibshman, Hans Peter | Mark Krom | Confidential email between clients discussing legal advice and strategy provided by Waters Law Group involving common legal interests between the parties involving this litigation and engagement of Waters Law Group as counsel for this litigation. | AC |
| 44 | 10-27-06 | Suzanne Connell | Kathie Bulson, Mark Hibshman, Phil Doyle, John Marchese | Joy Green | Confidential email between clients discussing legal advice and strategy provided by outside counsel, Martin Hyden, Esq. addressing the non-infringement of other patents by EAS products involved in this litigation; Includes e-mail string from Martin Hyden, Esq. | AC |

| | | | | | |
|---|---|---|---|---|---|
| 45 | 11-16-06 | Joy Green | Kathie Bulson | Ron Premuroso | Confidential email between clients discussing legal advice and strategy provided by outside counsel, Paul Kashimba, Esq. addressing the non-infringement of other patents by EAS products involved in this litigation; Includes e-mail string from Paul Kashimba, Esq. | AC |
| 46 | 07-26-06 | Mark Krom | Kathie Bulson | | Confidential email between clients discussing legal strategy provided by outside counsel, Martin Hyden, Esq. and patent opinion on EAS products now involved in this litigation. Includes e-mail string from Martin Hyden, Esq. | AC |
| 47 | 07-18-06 | Mark Krom | Kathie Bulson, Dennis Gadonniex | | Confidential email between clients discussing legal advice provided by outside counsel, Martin Hyden, Esq. and patent opinion on EAS products now involved in this litigation. Includes e-mail string from Martin Hyden, Esq. | AC |
| 48 | 09-29-06 | Mark Krom | Kathie Bulson, Dennis Gadonniex | | Confidential email between clients discussing legal advice provided by outside counsel, Martin Hyden, Esq. and patent opinion on EAS products now involved in this litigation. Includes e-mail string from Martin Hyden, Esq. | AC |
| 49 | 26-05-2006 TO BE DISCLOSED | Mark Krom | Joy Green, Kathie Bulson | | Confidential email between clients discussing legal advice and strategy provided by outside counsel (Gunster Yoakley & Stewart, P.A. and Ernest Butts & Associates, LLC) re joint defense agreement involving common legal interests prepared principally or exclusively in the course of or in the preparation of adversarial litigation (patent litigation); Document attachment: limited common interest, joint defense and confidentiality agreement. Includes e-mail string from Jurg Gassmann, Esq. | ACWP |
| 50 | 04-17-06 | Mark Krom | Kathie Bulson, Mark Hibshman | Mark Krom | Confidential email between clients discussing obtaining legal advice from outside counsel (Earnest Buff & Associates, LLC) involving common legal interests and intellectual property rights associated with marketing and sale of Series 58 EAS tag. | AC |
| 51 | 10-31-06 | Mark Krom | Kathie Bulson, John Marchese, Suzanne Connell, Martin Hyden | | Confidential email between clients and outside attorney (Hyden) for the purpose of seeking legal advice and opinion from Martin Hyden, Esq. re: patent opinion involving EAS markers now involved in this litigation. | AC |
| 52 | 11-06-06 | Mark Krom | Joy Green, Kathie Bulson, Hiren Patel, Esq. | | Confidential email between clients and outside counsel (Gunster Yoakley & Stewart, P.A. and Ernest Butts & Associates, LLC) re joint defense agreement. | AC |

| | | | | | |
|---|---|---|---|---|---|
| 53 | 08-02-2006 TO BE DISCLOSED | Mark Krom | Patrick Teroerde, Esq., Jurg Gassmann, Esq. Hiren Patel, Esq. | Joy Green, Kathie Bulson, Mark Krom | Confidential email between clients and outside counsel (Teroerde, Gassmann, Patel) re joint defense agreement. Attachment: limited joint defense agreement involving common legal interest in protecting intellectual property rights of EAS systems including EAS product subject of this litigation. | AC/WP |
| 54 | 10-10-06 | Mark Krom | Paul Kashimba, Esq. | Randy Swantner, Kathie Bulson, Phil Doyle, Mark Krom | Confidential email from clients to outside attorney for the purpose of seeking legal advice re: Label Letter Agreement | AC |
| 55 | 05-10-06 | Joy Green | Suzanne Connell, Phil Doyle | | Confidential email between clients discussing legal advice provided by outside counsel (Ernest Buff & Associates) re: seeking opinion letter from attorney | AC |
| 56 | 05-20-06 | Ernest Buff, Esq. | Mark Hibshman | Kathie Bulson, Dennis Gadonniex, G. Fish | Confidential email from outside attorney (Ernest Buff & Associates) to client re opposition to European patent. Attached document created by Ernest Buff, Esq. to Mark Hibshman re opposition to European patent. | AC |
| 57 | 09-19-06 | Mark Krom | Martin Hyden, Esq. | Kathie Bulson, Mark Krom | Confidential email from client to outside attorney (Hyden) for the purpose of seeking legal advice re: potential for patent infringement or patent litigation involving EAS markers now involved in this litigation. | AC |
| 58 | 12-18-06 | Mark Krom | Robert Waters, Esq., Hans Peter, Mark Volz, Mark Hibshman, Kathie Bulson | | Confidential email from client to outside attorney (Waters Law Group) for the purpose of seeking legal advice on or about issues the common legal interest involved in this litigation. Includes e-mail string from Martin Hyden, Esq. re: patent opinion. | AC |
| 59 | 12-14-06 | Mark Krom | Norm Hansen, Dennis Gadonniex | Robert Waters, Esq., Kathie Bulson | Confidential email from client to outside attorney (Waters) and outside consultant discussing legal advice and strategy provided by outside counsel regarding litigation of this case. | AC |
| 60 | 05-12-06 | Mark Hibshman | Mark Krom, Kathie Bulson, Hans Peter | | Confidential email between clients discussing legal advice and strategy involving common legal interests re engaging Robert Waters, Esq. and the Waters Law Group as counsel in this litigation. | AC |
| 61 | 01-30-06 | Norm Hansen | Kathie Bulson, Paul Kashimba, Esq. | Mark Krom | Confidential email from outside consultant to outside attorney discussing and providing testing data to outside counsel for the purposes of litigation defense. Testing data Attached. | AC/WP |

| No. | Date | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 62 | 05-12-06 | Mark Hibshman | Kathie Bulson | Mark Krom | Confidential email between clients discussing legal advice provided by outside counsel (Ernest Buff & Associates) involving common legal interests re: Customer Patent Infringement Suit Letter concerning the matters involved in this litigation. | AC |
| 63 | 05-12-06 | Mark Krom | Kathie Bulson | | Confidential email between clients discussing legal advice provided by outside counsel (Ernest Buff & Associates) involving common legal interests re: Customer Patent Infringement Suit Letter concerning the matters involved in this litigation. | AC |
| 64 | 02-05-06 | Mark Krom | Mark Hibshman, Hans Peter, Mark Volz, Kathie Bulson | | Confidential email between clients discussing legal advice and strategy provided by outside counsel, Paul Kashimba, Esq. and Ernest Buff, Esq. involving common legal interests in analyzing and protecting the intellectual property rights of the EAS products which are now subject of this litigation. | AC |
| 65 | 02-06-06 | Mark Krom | Mark Hibshman, Kathie Bulson | | Confidential email between clients discussing legal advice and strategy provided by outside counsel, Ernest Buff, Esq. involving common legal interests in analyzing and protecting the intellectual property rights of the EAS products which are now subject of this litigation. | AC |
| 66 | 10-31-06 | Mark Krom | Martin Hyden, Esq. | Kathie Bulson, Suzanne Connell | Confidential email from client to outside attorney (Hyden) for the purpose of seeking legal advice re: TAG Patent Position regarding the non-infringement of EAS products which are now subject of this litigation: Attorney work product document discussing non-infringement attached. | AC/WP |
| 67 | 12-20-06 | Ernest Buff, Esq. | Kathie Bulson | | Confidential communication from outside counsel to client providing legal advice and opinion re: Material Specifications. Document marked Privileged and Confidential Attorney Work Product. | AC/WP |
| 68 | 11-28-06 | Ernest Buff, Esq. | John Leeming, Esq., Toby Hopkins, Esq. | | Confidential memorandum from outside counsel to another counsel discussing legal advice and strategy re: Opposition to European Patent. Document marked Privileged and Confidential Attorney Work Product. Document in Kathie Bulson files. | AC/WP |
| 69 | 12-10-06 | Dennis Gadonniex | Ernest Buff, Esq., Mark Krom, Norm Hansen, Mark Hibshman | | Confidential memorandum prepared by outside consultant for the purpose of assisting in litigation re: AC Deactivation Testing. Document in Kathie Bulson files. | AC/WP |

| | | | | | |
|---|---|---|---|---|---|
| 70 | 01-09-07 | Kathie Bulson | | | Confidential memorandum prepared by client discussing legal advice and strategy provided by outside counsel (Ernest Buff & Associates and the Waters Law Group), involving common legal interest between the parties involving the defense against Sensormatic in this litigation. Document marked Privileged and Confidential Subject to Joint Defense Agreement | AC |
| 71 | 07-25-06 | Dennis Gadonniex | Mark Krom, Kathie Bulson | | Confidential email between clients discussing legal advice and strategy involving patent opinion on EAS marker now identified in this litigation; email string includes email from outside counsel re same EAS marker (Martin Hyden, Esq.). | AC |
| 72 | 07-25-06 | Mark Krom | Dennis Gadonniex, Kathie Bulson, Norm Hansen, Mark Krom | | Confidential email between clients discussing legal advice and strategy re: Patent Opinion on Series 58 marker, now identified in this litigation; email string includes email from outside counsel re Series 58 patent opinion (Martin Hyden, Esq.). | AC |
| 73 | 10-27-06 | John Marchese | Suzanne Connell, Kathie Bulson, Mark Krom, Phil Doyle | Joy Green | Confidential email between clients discussing legal advice and strategy re: IP Position on Series 58 EAS markers; email string includes email from outside counsel re same (Martin Hyden, Esq.). | AC |
| 74 | 10-31-06 | Suzanne Connell | John Marchese, Kathie Bulson, mark Krom, Phil Doyle | Joy Green | Confidential email between clients discussing legal advice and strategy re: IP Position on Series 58 EAS markers; email string includes email from outside counsel re same (Martin Hyden, Esq.). | AC |
| 75 | 06-09-06 | Joy Green | Hiren Patel, Esq. | Mark Krom, Kathie Bulson | Confidential email from client to outside attorney (Patel) for the purpose of seeking legal advice re: joint defense agreement in protecting the intellectual property rights of the EAS products which are now subject of this litigation; attached limited common interest, joint defense and confidentiality agreement. | AC/WP |
| 76 | 06-09-06 | Joy Green | Kathie Bulson | | Confidential email between clients discussing legal advice and strategy provided by outside counsel (Ernest Buff & Associates) re joint defense agreement. | AC |
| 77 | 06-09-06 | Joy Green | Hiren Patel, Esq. | Mark Krom, Kathie Bulson | Confidential email from client to outside attorney (Patel) for the purpose of seeking legal advice re joint defense agreement in protecting the intellectual property rights of the EAS products which are now subject to this litigation. | AC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 78 | 04-23-04 | Norm Hansen | Mark Hibshman | Mark Krom | Agenda of meeting between parties regarding intellectual property issues in relation to development of Series 58 AM labels and joint defense agreement prepared in anticipation of adversarial litigation. | AC |
| 79 | 11-23-04 | Hugh Tebay, Esq. | Mark Krom | Suzanne Connell | Confidential email between client and outside counsel (Willoughby and Partners) re: patent review of possible infringement | AC |
| 80 | 12-22-04 | Hugh Tebay, Esq. | Suzanne Connell, Mark Krom | Jay Parker, Esq. | Confidential email between client and outside counsel (Willoughby and Partners) re: trademark registration for Series 58 tags. | AC |
| 81 | 12-20-06 | Ernest D. Buff, Esq. | Kathie Bulson | Mark Hibshman | Confidential letter from outside counsel (Ernest Buff and Associates, LLC) to client providing legal advice regarding EAS products which are now subject to this litigation. | AC/WP |
| 82 | 05-30-06 | Ernest D. Buff, Esq. | Mark Hibshman | J.M. Peter | Confidential attorney correspondence (Ernest D. Buff and Associates, LLC) to client re: patent opinion on Series 58 EAS tags. | AC/WP |
| 83 | 09-09-05 | Norm Hansen | Kathie Bulson | | Confidential email discussing patent issues based on advice provided by outside counsel (P. Kashima, Esq.) | AC |
| 84 | 09-14-05 | Paul Kashimba, Esq. | Kathie Bulson, Mark Krom, Sandy Poalilo | | Confidential email between client and outside counsel (Kashimba) re: development of Series 58 tag. | AC |
| 85 | 09-13-05 | Mark Krom | Paul Kashimba, Esq. | Sandy Poalilo, Kathie Bulson | Confidential email to outside attorney (Kashimba) re: progress of Series 58 tag development. | AC |
| 86 | 09-19-05 | Paul Kashimba, Esq. | Kathie Bulson | Sandy Poalilo, Mark Krom | Confidential email between client and attorney (Kashimba) re: patent issues involving Series 58 tag. | AC |
| 87 | 10-17-05 | Paul Kashimba, Esq. | Kathie Bulson | Sandy Poalilo, Joy Green | Confidential email between client and attorney (Kashimba) re: patent issues involving Series 58 AM label. | AC |
| 88 | 10-17-05 | Paul Kashimba, Esq. | Kathie Bulson | Sandy Poalilo | Confidential email to client from outside counsel (Kashimba) re: patent issues involving Series 58 AM label. | AC |
| 89 | 10-17-05 | Joy Green | Kathie Bulson | | Confidential email between clients discussing patent advice on Series 58 AM label provided by outside counsel (Gunster Yoakley). | AC |
| 90 | 10-17-05 | Paul Kashimba, Esq. | Kathie Bulson | Sandy Poalilo | Confidential email to client from outside counsel (Kashimba) regarding patent issues involving Series 58 AM label. | AC |
| 91 | 10-14-05 | Mark Krom | Kathie Bulson, Paul Kashimba, Esq. | | Confidential email between clients and outside counsel (Kashimba) regarding patent issues about Series 58 AM label and guidance from other outside counsel (Ernest Buff and Associates). | AC |

| # | Date | From | To | CC | Description | Type |
|---|------|------|-----|-----|-------------|------|
| 92 | 06-27-06 | Paul Kashimba, Esq. | Norm Hansen | Sandy Poalillo, Kathie Bulson, Mark Krom | Confidential email between client and outside counsel (Kashimba) regarding Series 58 AM label patent issue. | AC |
| 93 | 09-22-05 | Sandy Poalillo | Mark Krom | Kathie Bulson | Confidential email between client and outside counsel (Gunster Yoakley) regarding engagement of attorneys. | AC |
| 94 | 10-18-05 | Sandy Poalillo | Mark Krom | Joy Green, Kathie Bulson | Confidential email to client from outside counsel (Gunster Yoakley) regarding engagement of attorneys. | AC |
| 95 | 12-08-05 | Kathie Bulson | Paul Kashimba, Esq., Norm Hansen | | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 96 | 08-09-05 | Dennis Gadonniex | Kathie Bulson | | Confidential email between clients discussing intellectual property issues related to Series 58 AM tag and advice from outside counsel (Martin Hyden). | AC |
| 97 | 07-11-06 | Dennis M. Gadonniex | Mark Krom, Norm Hansen, Mark Hibshman, Ernest Buff | | Confidential memorandum between clients and outside counsel (Ernest Buff and Associates) regarding de-activation, testing related to Series 58 AM label. | AC |
| 98 | 12-20-06 | Ernest D. Buff, Esq. | Kathie Bulson | Mark Hibshman, Robert Waters, Esq. | Letter from outside counsel (Ernest Buff) regarding technical information for Series 58 AM label in the course of or in the preparation of this adversarial litigation. | AC |
| 99 | 15-01-2003 TO BE DISCLOSED | Mark Krom | Hans Peter, Mark Volz, Mark Hibshman, Norm Hansen, Dennis Gadonniex, Paul Kashimba, Esq., Randy Swantner, Group Arnold | | Confidential memorandum between clients and outside counsel (Kashimba) regarding intellectual property issues involved in development of Series 58 AM label. | AC |
| 100 | 09-28-05 | Mark Krom | Hans Peter | Kathie Bulson, Mark Volz, Mark Hibshman | Confidential email between clients discussing opinion from outside counsel (Ernest Buff) regarding intellectual property issues with respect to developing Series 58 AM label. | AC |
| 101 | 09-29-05 | Dennis Gadonniex | Kathie Bulson | | Confidential email between clients regarding intellectual property and patent issues involved in Series 58 AM labels provided by outside counsel (Ernest Buff and Associates). | AC |

| No. | Date | From | To | CC | Description | Priv. |
|---|---|---|---|---|---|---|
| 102 | 09-26-05 | Hans Peter | Mark Krom | Kathie Bulson, Mark Volz, Mark Hibshman | Confidential email between clients regarding Series 58 AM label intellectual property and patent issues based on opinion provided by outside counsel (Ernest Buff and Associates). | AC |
| 103 | 09-30-05 | Hans Peter | Mark Krom | Mark Volz, Mark Hibshman, Kathie Bulson | Confidential email between clients discussing opinion provided by outside counsel (Ernest Buff and Associates) regarding intellectual property and patent issues related to Series 58 AM label. | AC |
| 104 | 11-12-06 | Unknown | Unknown | Unknown | Confidential memoranda/agenda for meeting between clients regarding common legal interests and joint defense prepared principally or exclusively in the course of or in preparation of this adversarial litigation reflecting attorney advice. | AC |
| 105 | 02-08-04 | Kathie Bulson | Mark Krom, Norm Hansen, Dennis Gadonniex, Hans Peter, Mark Hibshman, Mark Volz, Ernest Buff, Esq. Gordon Fish | Paul Kashimba, Esq. | Confidential memorandum prepared by clients regarding intellectual property and patent issues involved in Series 58 AM labels subject to the joint defense agreement prepared in anticipation of adversarial litigation. | AC |
| 106 | 10-21-04 | Kathie Bulson | Mark Krom, Richard Cowan, Hans Peter, Mark Hibshman, Mark Volz, Todd Fatino | | Confidential memoranda between clients discussing intellectual property and patent issues reflecting attorney advice regarding Series 58 AM labels in anticipation of adversarial litigation. | AC |
| 107 | 01-01-04 | Gunster, Yoakley and Stewart, P.A. and Ernest D. Buff and Associates, LLC | None | None | Unsigned draft of limited joint defense agreement between TAG Company US LLC and Phenix Label Company, Inc. | AC/WP |
| 108 | Undated | Gunster, Yoakley and Stewart, P.A. and Ernest D. Buff and Associates, LLC | None | None | Unsigned limited common interest, joint defense and confidentiality agreement between clients TAG Company US LLC and Phenix Label Company, Inc. | AC/WP |
| 109 | 09-22-04 | Paul Kashimba, Esq. | Kathie Bulson | | Letter from outside counsel (Kashimba) to client regarding proposed joint defense agreement between TAG and Phenix and patent opinion regarding Series 58 AM labels. | AC |

| | | | | |
|---|---|---|---|---|
| 110 | 05-12-03 | Mark Krom | Hans Peter, Mark Volz, Mark Hibshman, Norm Hansen, Dennis Gadonniex, Paul Kashimba, Esq., Randy Swantner | Memoranda between clients regarding development of Series 58 AM label and intellectual property issues regarding those labels. | AC |
| 111 | 09-30-04 | Unknown | Phenix Label and TAG Company | Agenda of meeting between parties regarding intellectual property issues in relation to development of Series 58 AM labels and joint defense agreement prepared in anticipation of adversarial litigation. | AC |
| 112 | 04-30-04 | Mark Krom | Hans Peter | Letter between clients discussing intellectual property issues provided by outside counsel (Gunster Yoakley & Associates and Ernest D. Buff & Associates) in regard to development of Series 58 AM label. | AC |
| 113 | 15-01-2003 TO BE DISCLOSED | Mark Krom | Hans Peter, Mark Volz, Mark Hibshman, Norm Hansen, Dennis Gadonniex, Paul Kashimba, Esq., Randy Swantner, Group Arnold | Memorandum between clients discussing intellectual property issues patent challenges regarding development of Series 58 AM labels. | AC |
| 114 | 04-01-2004 TO BE DISCLOSED | Mark Krom | Hans Peter, Mark Volz, Mark Hibshman, Norm Hansen, Dennis Gadonniex, Paul Kashimba, Esq., Randy Swantner, Group Arnold | Memoranda prepared by client discussing intellectual property and patent issues regarding development of Series 58 AM label and how that label does not infringe on other patents. | AC |
| 115 | 02-04-07 | Mark Hibshman | Kathie Bulson | Memorandum between clients discussing legal opinion provided by outside counsel (Ernest Buff and Associates) with respect to development of Series 58 AM label. | AC |
| 116 | 11-19-04 | Kathie Bulson | Mark Krom | Memorandum prepared by clients discussing intellectual property and legal opinions provided by outside counsel (Ernest Buff & Associates) regarding intellectual property and patent issues in the development of Series 58 AM label. | AC |

THIRD AMENDED TAG-PHENIX-GADONNIEX PRIVILEGED DOCUMENT LOG
Sensormatic Electronics Corp. v. The TAG Co. US LLC, Phenix Label Co., Dennis Gadonniex
Civ. Case No. 06-81105 CIV Hurley/Hopkins (S.D. Fla.)

| # | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 117 | 02-04-07 | Mark Hibshman | Hans Peter, Mark Krom, Mark Volz, Kathie Bulson | | Confidential memorandum prepared by client discussing opinions provided by outside counsel (Ernest Buff & Associates and Kashimba, Esq.) regarding intellectual property and patent issues involved in development of Series 58 AM. | AC |
| 118 | 05-30-06 | Ernest D. Buff, Esq. | Mark Hibshman | Hans Peter, Mark Volz | Letter from outside counsel (Ernest Buff & Associates) regarding due diligence investigation of intellectual property and patent issues involved in development of Series 58 AM label. | AC |
| 119 | 01-09-07 | Unknown | Unknown | | Confidential memorandum between clients involving common legal interest in joint defense prepared principally or exclusively in the course of, or in the preparation of this adversarial litigation. | AC |
| 120 | 01-09-07 | Unknown | Unknown | | Confidential memorandum prepared by clients involving the common legal interests in joint defense prepared principally or exclusively in the course of or in the preparation of this adversarial litigation in accordance with the joint defense agreement. | AC |
| 121 | 02-08-04 | Kathie Bulson | Mark Krom, Norm Hansen, Dennis Gadonniex, Hans Peter, Mark Hibshman, Mark Volz, Ernie Buff, Gordon Fish | Paul Kashimba | Confidential memorandum prepared by clients involving intellectual property and patent issues involving development of Series 58 AM label and legal opinions provided by outside counsel (Ernest D. Buff & Associates and Kashimba). | AC |
| 122 | 02-04-07 | Ernest D. Buff, Esq. | John Leeming, Esq., Toby Hopkins, Esq. | Hans Peter, Mark Volz, Mark Hibshman, Nigel Price | Confidential letter from outside counsel (Ernest Buff & Associates) to European counsel (J.A. Kemp & Company) regarding joint defendants involved in common legal interest and joint defense prepared principally or exclusively in the course or in the preparation of adversarial litigation with respect to the opposition of European patent. | ACWP |
| 123 | 03-20-07 | Ernest D. Buff, Esq. | Hans Peter | | Confidential letter from outside counsel (Ernest D. Buff & Associates, LLC) to client providing infringement opinion with respect to intellectual property and patent issues involved in the development of acoustomagnetic markers. | AC |

| No. | Date | | | | Description | Priv. |
|---|---|---|---|---|---|---|
| 124 | 01-04-07 | Paul Kashimba, Esq. | Mark Krom, Norm Hansen | | Confidential memorandum prepared by outside counsel (Gunster Yoakley) providing patent opinion on certain patents held by Arnold Engineering prepared in anticipation of developing the Series 58 AM label. | AC |
| 125 | 01-04-07 | Paul Kashimba, Esq. | Norm Hansen | Mark Krom, Kathie Bulson | Confidential memorandum prepared by outside counsel (Gunster Yoakley) providing analysis and discussion in the development of Series 58 AM labels and analysis of outstanding patents. | AC |
| 126 | 12-24-03 | Norm Hansen | Mark Krom | Paul Kashimba, Esq. | Confidential memorandum developed for client and outside counsel (Kashimba) regarding a summary of patents on AM surveillance markers. | AC |
| 127 | 07-11-06 | Dennis Gadonniex | Mark Krom, Norm Hansen, Mark Hibshman, Ernest Buff | | Confidential memorandum regarding DC de-activation testing on bias samples conducted in the development of Series 58 AM labels and between joint defendants and outside counsel (Ernest Buff & Associates) involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation in accordance with the joint defense agreement. | AC |
| 128 | 06-30-06 | Hans Peter | Executive Team (Phenix) | | Confidential email summarizing conference call between author and outside counsel (Ernest Buff & Associates) regarding intellectual property and patent issues associated with the Series 58 AM labels involving common legal interests and joint defense prepared principally and exclusively in anticipation of adversarial litigation. | AC |
| 129 | 07-21-04 | Phenix Label | TAG Company US LLC | Hans Peter, Mark Volz, Mark Hibshman, Hiren Patel, Esq., John Robie | Confidential letter and limited joint defense agreement entered into by parties regarding intellectual property and patent issues in the development of Series 58 AM labels and between joint defendants involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |

THIRD AMENDED TAG-PHENIX-GADONNIEX PRIVILEGED DOCUMENT LOG

*Sensormatic Electronics Corp. v. The TAG Co. US LLC, Phenix Label Co., Dennis Gadonniex*
Civ. Case No. 06-81105 CIV Hurley/Hopkins (S.D. Fla.)

| No. | Date | From | To | Description | Priv. |
|---|---|---|---|---|---|
| 130 | 15-01-2003 TO BE DISCLOSED | Mark Krom | Hans Peter, Mark Volz, Mark Hibshman, Norm Hansen, Dennis Gadonniex, Paul Kashimba, Esq., Randy Swantner Group Arnold | Confidential email between clients and outside counsel (Kashimba) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 131 | 10-18-06 | Kathie Bulson | Jon Marchese, Phil Doyle, Suzanne Connell; Mark Krom | Confidential email between clients discussing outside counsel (Kashimba) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | ACWP |
| 132 | 12-01-06 | Kathie Bulson | Mark Hibshman | Confidential email between clients regarding outside counsel (Kashimba) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | ACWP |
| 133 | 09-07-06 | Kathie Bulson | Hans Peter | Confidential email between clients regarding outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | ACWP |
| 134 | 02-13-07 | Mark Hibshman | Hans Peter, Mark Volz; Ernie Buff | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 135 | 02-12-07 | Ernest D. Buff | Hans Peter, Mark Volz, Dennis Gadonniex, Gordon Fish, B. Weingarten, S. Steiner; Mark Hibshman | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 136 | 01-30-07 | Kathie Bulson | Hans Peter, Mark Volz, Mark Krom, Mark Hibshman; Robert Waters, Ben Shively | Confidential email between clients regarding outside counsel (Waters Law Group) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | ACWP |

| | | | | | |
|---|---|---|---|---|---|
| 137 | 01-23-07 | Kathie Bulson | Hans Peter, Mark Volz, Mark Krom, Mark Hibshman, Bob Waters | Confidential correspondence between clients and outside counsel (Waters Law Group)) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 138 | 01-22-07 | Ernest D. Buff | Mark Hibshman, Bob Waters | Confidential correspondence between clients and outside counsel (Buff & Waters) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 139 | 01-22-07 | Mark Hibshman | Ernest D. Buff, Bob Waters | Confidential correspondence between clients and outside counsel (Buff & Waters) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 140 | 01-22-07 | Ernest D. Buff | Mark Hibshman, Bob Waters | Confidential correspondence between clients and outside counsel (Buff & Waters) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 141 | 01-22-07 | Mark Hibshman | Bob Waters, Ernie Buff | Confidential correspondence between clients and outside counsel (Buff & Waters) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 142 | 02-22-07 | Mark Hibshman | Mark Volz | Confidential email between clients regarding outside counsel (Waters & Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | ACWP |
| 143 | 08-04-06 | Joy Green | Suzanne Connell | Confidential email between clients regarding counsel (Patel) joint defense issues regarding intellectual property issues in anticipation of adversarial litigation. | ACWP |
| 144 | 07-26-07 | Mark Krom | Dennis Gadonniex, Kathie Bulson, Norm Hansen | Confidential email between clients regarding outside counsel (Buff & Hyden) intellectual property and patent issues opinions regarding intellectual property issues in anticipation of adversarial litigation. | ACWP |

| # | Date | | | | Description | |
|---|---|---|---|---|---|---|
| 145 | 12-24-03 | Norman Hansen | Mark Krom, | Paul Kashimba | Confidential memorandum between clients and outside counsel (Kashimba) regarding intellectual property issues involved in development of Series 58 AM label. | AC |
| 146 | 07-12-06 | Joy Green | Paul Kashimba | Kathie Bulson | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 147 | 08-15-06 | Kathie Bulson | Mark Krom | Joy Green | Confidential email between clients regarding outside counsel (Kashimba) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 148 | 11-01-04 | Kathie Bulson | Mark Krom, Richard Cowan, Joy Green, Hans Peter Mark Hibshman, Mark Volz, Todd Fatino | | Confidential memorandum between clients regarding outside counsel (Kashimba & Buff) intellectual property and patent issues opinions regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 149 | 11-16-06 | Ron Premuroso | Joy Green, Kathie Bulson | | Confidential memorandum between clients regarding outside counsel (Kashimba & Buff) intellectual property and patent issues opinions regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 150 | 11-17-06 | Ron Premuroso | Kathie Bulson, Joy Green | | Confidential memorandum between clients regarding outside counsel (Kashimba & Buff) intellectual property and patent issues opinions regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 151 | 09-13-06 | Mark Krom | Suzanne Connell, Kathie Bulson | Phil Doyle, Joy Green, Jon Marchese, Richard Cowen, Joy Green | Confidential e-mail between clients regarding outside counsel (Kashimba & Buff) intellectual property and patent issues opinions regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 152 | 09-30-04 | Kathie Bulson | | | Confidential memorandum regarding outside counsel (Kashimba & Buff) intellectual property and patent issues opinions regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |

| | | | | | |
|---|---|---|---|---|---|
| 153 | 12-05-03 | Mark Krom | | Hans Peter, Mark Volz, Mark Hibshman, Norm Hansen, Dennis Gadonniex, Paul Kashimba, Randy Swantner | Confidential memorandum between clients and outside counsel (Kashimba) regarding intellectual property issues involved in development of Series 58 AM label. | AC |
| 154 | 10-31-06 | Paul Kashimba | | Sandy Poalillo | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 155 | 09-13-06 | Mark Krom | | Phil Doyle, Joy Green, Jon Marchese, Richard Cowen, Joy Green, Mark Krom | Confidential memorandum between clients regarding outside counsel (Martin Hyden) intellectual property and patent issues opinions regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 156 | 04-16-07 | Dennis Gadonniex, Mark Hibshman | | Ernie Buff, Mark Krom, Norm Hansen, Hans Peter | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 157 | 01-10-07 | Kathie Bulson | | Norm Hansen, Dennis Gadonniex | Confidential memorandum between clients and outside counsel (Hyden & Buff) intellectual property and patent issues opinions regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |

| # | Date | | | | Description | |
|---|------|---|---|---|-------------|---|
| 158 | 04-01-04 | Mark Krom | | Hans Peter, Mark Volz, Mark Hibshman, Norm Hansen, Dennis Gadonniex, Paul Kashimba, Randy Swantner, Group Arnold | Confidential memorandum between clients and outside counsel (Kashimba) regarding intellectual property issues involved in development of Series 58 AM label. | AC |
| 159 | 07-26-06 | Kathie Bulson | Mark Krom, Dennis Gadonniex, Norm Hansen | | Confidential memorandum between clients regarding outside counsel (Hyden & Buff) intellectual property and patent issues opinions regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 160 | 02-02-07 | Kathie Bulson | Brian Foxworthy | Robert Waters | Confidential correspondence between clients and outside counsel (Foxworthy & Waters) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 161 | 07-13-06 | Paul Kashimba | Paul Kashimba | Monica Gavilan, Sandy Poalillo, Mark Krom | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 162 | 04-10-06 | Norman Hansen | Kathie Bulson | Dennis Gadonniex | Confidential email between clients regarding outside counsel (Kashimba) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 163 | 04-12-06 | Dennis Gadonniex | Kathie Bulson | | Confidential email between clients regarding outside counsel (Kashimba) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 164 | 07-10-06 | Paul Kashimba | Kathie Bulson | Monica Gavilan, Sandy Poalillo | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 165 | 06-19-06 | Mark Krom | Kathie Bulson, Paul Kashimba | Joy Green | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |

| No. | Date | From | To | CC | Description | Priv. |
|---|---|---|---|---|---|---|
| 166 | 08-07-06 | Paul Kashimba | Kathie Bulson | Monica Gavilan, Sandy Poalillo, Mark Krom | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 167 | 06-22-06 | Mark Krom | Paul Kashimba, Norm Hansen, Dennis Gadonniex | Sandy Poalillo, Kathie Bulson | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 168 | 06-09-06 | Paul Kashimba | Kathie Bulson | Sandy Poalillo | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 169 | 05-19-06 | Paul Kashimba | Paul Kashimba, Kathie Bulson | Sandy Poalillo, Mark Krom | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 170 | 06-27-06 | Paul Kashimba | Norm Hansen, Dennis Gadonniex | Sandy Poalillo, Kathie Bulson, Mark Krom | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 171 | 06-23-06 | Dennis Gadonniex | Paul Kashimba, Norm Hansen, Kathie Bulson, Marl Krom | | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 172 | 08-07-06 | Paul Kashimba | Kathie Bulson | Monica Gavilan, Sandy Poalillo, Mark Krom | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 173 | 06-19-06 | Paul Kashimba | Kathie Bulson, Mark Krom | Sandy Poalillo, Joy Green | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 174 | 09-26-06 | Paul Kashimba | Kathie Bulson | Sandy Poalillo | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 175 | 06-08-06 | Paul Kashimba | Kathie Bulson | Sandy Poalillo | Confidential email between clients and outside counsel (Kashimba) regarding joint defense. | AC |
| 176 | 05-19-06 | Paul Kashimba | Kathie Bulson | Sandy Poalillo | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 177 | 07-17-06 | Mark Krom | Paul Kashimba, Kathie Bulson | | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |

| No. | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 178 | 07-08-06 | Paul Kashimba | Kathie Bulson, Mark Krom | Monica Gavilan, Sandy Poalillo | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 179 | 09-06-06 | Mark Hibshman | Kathie Bulson | | Confidential email between clients regarding outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 180 | 07-18-06 | Mark Krom | Kathie Bulson | | Confidential email between clients regarding outside counsel (Kashimba) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 181 | 01-22-07 | Ernest D. Buff | Mark Hibshman, Bob Waters | Hans Peter, Mark Volz, Kathie Bulson | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 182 | 07-13-06 | Kathie Bulson | Mark Hibshman | | Confidential email between clients regarding outside counsel (Kashimba) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 183 | 06-08-06 | Paul Kashimba | Joy Green | Kathie Bulson | Confidential email between clients and outside counsel (Kashimba) regarding patent issues and joint defense agreement. | AC |
| 184 | 09-07-06 | Hans Peter | Kathie Bulson | Mark Hibshman | Confidential email between clients regarding outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 185 | 09-08-06 | Mark Hibshman | Kathie Bulson | | Confidential email between clients regarding outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 186 | 09-13-06 | Mark Hibshman | Kathie Bulson | | Confidential email between clients regarding outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |

| No. | Date | | | | Description | Privilege |
|---|---|---|---|---|---|---|
| 187 | 03-13-06 | Ernest D. Buff | Mark Volz | | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 188 | 04-05-07 | Kathie Bulson | Dennis Gadonniex | | Confidential email between clients regarding outside counsel (Buff) and regarding intellectual property issues in anticipation of adversarial litigation. | ACWP |
| 189 | 10-11-04 | Kathie Bulson | Norm Hansen | Dennis Gadonniex | Confidential email between clients regarding outside counsel opinions regarding intellectual property issues in anticipation of adversarial litigation. | ACWP |
| 190 | 11-01-03 | TAG | | | Memoranda between clients regarding development of Series 58 AM label and intellectual property issues regarding those labels. | ACWP |
| 191 | 10-21-04 | Kathie Bulson | Mark Hibshman, Mark Krom, Mark Volz, Hans Peter, Richard Cowan, Todd Fatino | Joy Green, Randy Swantner, Norm Hansen, Dennis Gadonniex | Confidential e-mail between clients regarding outside counsel opinions in development of Series 58 AM label regarding patent & intellectual property issues in anticipation of adversarial litigation. | ACWP |
| 192 | 08-04-04 | Mark Hibshman | Hans Peter, Mark Volz | | Memoranda between clients regarding development of Series 58 AM label, outside counsel (Buff) opinions, and intellectual property issues regarding those labels in anticipation of litigation. | ACWP |
| 193 | 08-24-04 | Mark Hibshman | Ernie Buff | Hans Peter, Mark Volz | Confidential email between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 194 | 08-24-05 | Mark Hibshman | Ernest Buff, Gordon Fish | Hans Peter, Mark Volz | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 195 | 07-23-04 | Paul Kashimba | Norm Hansen | Mark Krom, Kathie Bulson | Confidential memorandum between clients and outside counsel (Kashimba) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |

| | | | | | |
|---|---|---|---|---|---|
| 196 | 07-23-04 | Paul Kashimba | Mark Krom, Norm Hansen | | Confidential memorandum between clients and outside counsel (Kashimba) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 197 | 08-02-04 | Kathie Bulson | Mark Krom, Norm Hansen, Dennis Gadonniex, Hans Peter, Mark Hibshman, Mark Volz, Ernie Buff, Gordon Fish | Paul Kashimba | Confidential correspondence between clients and outside counsel (Buff & Kashimba) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 198 | 07-23-03 | Mark Volz | Ernie Buff | | Confidential email between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 199 | 05-05-03 | Mark Volz | Ernie Buff | | Confidential email between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 200 | 10-14-03 | Ernest D. Buff | Mark Volz | | Confidential email between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 201 | 10-14-04 | Kathie Bulson | Norm Hansen, Dennis Gadonniex | Mark Krom | Confidential email between clients regarding outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 202 | 09-06-05 | Mark Krom | Suzanne Connell, Phil Doyle, Jon Marchese, Kathie Bulson | M. Hyden, Richard Cowan, Dennis Gadonniex, Norm Hansen | Confidential email between clients and outside counsel (Hyde, Rouse Patents) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |

| 203 | 08-02-04 | Kathie Bulson | Hans Peter, Mark Volz, Ernie Buff, Gordon Fish, Mark Krom, Mark Hibshman, Paul Kashimba | | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 204 | 08-08-07 | Paul Kashimba | Norm Hansen | Mark Krom, Kathie Bulson | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 205 | 02-13-07 | Ernest D. Buff | Hans Peter, Mark Volz, Mark Hibshman, Dennis Gadonniex | Gordon Fish, S. Steiner, B. Weingarten | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 206 | 11-21-06 | Ernest D. Buff | Dennis Gadonniex | Gordon Fish, Mark Hibshman, Barbara Weingarten | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 207 | 11-21-06 | Ernest D. Buff | Dennis Gadonniex | Mark Hibshman, Gordon Fish, T. Hopkin, J. Leeming, Barbara Weingarten | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 208 | 11-06-06 | Ernest D. Buff | Mark Hibshman | Dennis Gadonniex, Hans Peter, Gordon Fish, B. Weingarten | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 209 | 11-16-06 | Ernest D. Buff | Dennis Gadonniex | Gordon Fish, Mark Hibshman | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |

THIRD AMENDED TAG-PHENIX-GADONNIEX PRIVILEGED DOCUMENT LOG
Sensormatic Electronics Corp. v. The TAG Co. US LLC, Phenix Label Co., Dennis Gadonniex
Civ. Case No. 06-81105 CIV Hurley/Hopkins (S.D. Fla.)

| No. | Date | | | | Description | Code |
|---|---|---|---|---|---|---|
| 210 | 11-20-06 | Ernest D. Buff | Dennis Gadonniex | Gordon Fish, Mark Hibshman, Barbara Weingarten | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 211 | 05-20-06 | Ernest D. Buff | Mark Hibshman | Kathie Bulson, Dennis Gadonniex, G. Fish | Confidential email from outside attorney (Ernest Buff & Associates) to client re opposition to European patent. Attached document created by Ernest Buff, Esq. to Mark Hibshman re opposition to European patent. | AC |
| 212 | 11-06-06 | Mark Hibshman | Dennis Gadonniex | Ernie Buff, G. Fish | Confidential correspondence between clients and outside counsel (Ernest Buff & Associates) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 213 | 12-11-03 | Garey F. Butler, Esq. | Dennis Gadonniex | | Confidential letter prepared by outside counsel (Butler) for client. | AC |
| 214 | 06-25-07 | Kathie Bulson | Dennis Gadonniex | Robert Waters, Ben Shively | Confidential correspondence between clients and outside counsel (Waters Law Group) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 215 | 05-31-07 | Rebecca Coulson | Dennis Gadonniex | Kathie Bulson | Confidential e- mail between clients regarding outside counsel (Waters Law Group). | ACWP |
| 216 | 12-14-06 | Mark Krom | Norm Hansen, Dennis Gadonniex | Robert Waters, Kathie Bulson | Confidential correspondence between clients and outside counsel (Waters Law Group) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 217 | 11-10-06 | Kathie Bulson | Norm Hansen | Dennis Gadonniex | Confidential memorandum between clients regarding outside counsel (Kashimba) intellectual property and patent issues guidance common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | ACWP |
| 218 | 09-29-06 | Mark Krom | Dennis Gadonniex, Kathie Bulson | Mark Krom | Confidential memorandum between clients regarding outside counsel (Hyden & Buff) intellectual property and patent issues opinions regarding intellectual property issues in anticipation of adversarial litigation. | ACWP |

| | | | | | |
|---|---|---|---|---|---|
| 219 | 07-10-06 | Paul Kashimba | Norm Hansen, Dennis Gadonniex | Monica Gavilan, Sandy Poalillo, Kathie Bulson, Mark Krom | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 220 | 07-11-06 | Norman Hansen | Paul Kashimba | Norm Hansen, Dennis Gadonniex, M. Gavilan, S. Poalillo, Kathie Bulson, Mark Krom | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 221 | 06-20-06 | Paul Kashimba | Norman Hansen, Mark Krom, Dennis Gadonniex | Sandy Poalillo, Kathie Bulson | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 222 | 06-27-06 | Paul Kashimba | Norm Hansen, Kathie Bulson, Dennis Gadonniex | Sandy Poalillo, Mark Krom | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 223 | 02-07-06 | Kathie Bulson | Mark Krom, Dennis Gadonniex, Norm Hansen | Joy Green, Randy Swantner | Confidential email between clients and outside counsel (Kashimba) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 224 | 01-18-06 | Paul Kashimba | Norm Hansen, Kathie Bulson, Dennis Gadonniex | Sandy Poalillo | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 225 | 06-09-06 | Mark Hibshman | Mark Volz, Hans Peter | Dan DiCosola | Confidential email between clients regarding outside counsel (Buff & Kashimba) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 226 | 05-04-06 | Mark Hibshman | Dan DiCosola | | Confidential email between clients regarding outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 227 | 10-27-06 | Suzanne Connell | Kathie Bulson, Mark Krom, Phil Doyle, Jon Marchese | Joy Green | Confidential email between clients regarding outside counsel (Hyden) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 228 | 10-26-06 | Martin Hyden, Esq. | Suzanne Connell | | Confidential email between clients and outside counsel (Hyden) regarding patent issues involved in Series 58 label. | AC |

| No. | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 229 | 09-29-06 | Mark Krom | Dennis Gadonniex, Kathie Bulson | | Confidential email between clients regarding outside counsel (Hyden & Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 230 | 07-18-06 | Mark Krom | Kathie Bulson, Dennis Gadonniex | | Confidential email between clients regarding outside counsel (Hyden) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 231 | 11-16-04 | Hugh Tebay, Esq. | Mark Krom | | Confidential email between clients and outside counsel (Tebay) regarding patent issues involved in Series 58 label. | AC |
| 232 | 10-31-06 | Mark Krom | TAG Management Team | | Confidential email between clients regarding outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 233 | 05-05-06 | Mark Krom | Patrick Teroerde, Esq. | Kathie Bulson, Joy Green, Richard Cowan | Confidential email between clients and outside counsel (Teroerde) regarding patent issues involved in Series 58 label. | AC |
| 234 | 07-25-06 | Mark Krom | Dennis Gadonniex, Kathie Bulson | Norm Hansen, Mark Krom | Confidential email between clients regarding outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 235 | 09-25-06 | Phil Doyle | Mark Krom | Suzanne Connell, Richard Cowan, Joy Green | Confidential email between clients regarding outside counsel (Hyden) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 236 | 10-06-06 | Kathie Bulson | Suzanne Connell, Joy Green, Phil Doyle | Mark Krom | Confidential email between clients regarding outside counsel (Rouse & Co.) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 237 | 10-31-06 | Suzanne Connell | Jon Marchese, Kathie Bulson, Mark Krom, Phil Doyle | Joy Green | Confidential email between clients discussing legal advice and strategy proposed by Hyden, re: IP Position on Series 58 EAS markers. | AC/WP |
| 238 | 07-12-06 | Paul Kashimba | Monica Gavilan, Sandy Poalillo, Kathie Bulson, Mark Krom | Joy Green | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |

| # | Date | From | To | CC | Description | |
|---|------|------|-----|-----|-------------|---|
| 239 | 07-19-06 | Suzanne Connell | Phil Doyle, Joy Green | | Confidential email between clients discussing legal advice and strategy proposed by Hyden, re: IP Position on Series 58 EAS markers. | AC/WP |
| 240 | 09-13-06 | Mark Krom | Phil Doyle | Suzanne Connell, Richard Cowan, Joy Green | Confidential email between clients discussing legal advice and strategy proposed by Hyden, re: IP Position on Series 58 EAS markers. | AC/WP |
| 241 | 01-09-07 | Kathie Bulson | | | Confidential letter discussing legal advice and strategy proposed by legal counsel (Waters), re: IP Position on Series 58 EAS markers. | AC |
| 242 | 12-05-06 | Kathie Bulson | Debra Fisher | | Confidential email between clients discussing outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 243 | 12-08-06 | Mark Hibshman | Kathie Bulson | Mark Krom | Confidential email between clients discussing legal strategy regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 244 | 07-26-06 | Mark Hibshman | Kathie Bulson | | Confidential email between clients discussing outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 245 | 04-18-06 | Mark Hibshman | Mark Krom, Kathie Bulson | | Confidential email between clients discussing outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 246 | 12-06-06 | Mark Hibshman | Kathy Bulson | | Confidential email between clients discussing legal strategy regarding intellectual property issues in this adversarial litigation. | AC/WP |
| 247 | 02-06-07 | Mark Hibshman | Debra Fisher | Kathie Bulson | Confidential email between clients discussing legal strategy regarding intellectual property issues in this adversarial litigation. | AC/WP |
| 248 | 04-28-06 | Mark Hibshman | Hans Peter, Mark Volz, Mark Krom Kathie Bulson | | Confidential email between clients discussing outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 249 | 11-30-06 | Kathie Bulson | Dennis Gadonniex, Norm Hansen | | Confidential email between clients discussing legal strategy regarding intellectual property issues in this adversarial litigation. | AC/WP |

| No. | Date | | | | Description | |
| --- | --- | --- | --- | --- | --- | --- |
| 250 | 04-02-07 | Mark Hibshman | Charles Casteel, Mark Volz, Gina Waltmire | Hans Peter | Confidential email between clients discussing legal strategy regarding intellectual property issues in this adversarial litigation. | AC/WP |
| 251 | 06-01-07 | Mark Krom | Dennis Gadonniex | | Confidential email between clients discussing legal strategy regarding intellectual property issues in this adversarial litigation. | AC/WP |
| 252 | 11-15-04 | Mark Hibshman | Hans Peter, Mark Volz | Dan DiCosola | Confidential email between clients discussing outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 253 | 11-11-06 | Dennis Gadonniex, Mark Hibshman | Ernie Buff, Mark Krom, Norm Hansen, Hans Peter | | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 254 | 01-25-03 | Norman Hansen | Mark Krom | | Confidential letter between clients regarding outside counsel (Kashimba) intellectual property and patent issues opinion involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC/WP |
| 255 | 09-15-06 | Kathie Bulson | Norm Hansen | Dennis Gadonniex | Confidential letter between clients discussing outside counsel (Buff & Kashimba) intellectual property and patent issues opinion involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| 256 | 04-23-04 | Mark Krom | Norm Hansen, Dennis Gadonniex | | Confidential memorandum prepared by clients involving intellectual property and patent issues involving development of Series 58 AM label and legal opinions provided by outside counsel (Kashimba, Hyden & Ernest D. Buff & Associates). | AC/WP |
| 257 | 04-26-06 | Kathie Bulson | Paul Kashimba | Mark Krom, Dennis Gadonniex, Norm Hansen | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 258 | 06-25-07 | Mark Hibshman | Dennis Gadonniex | Hans Peter, Kathie Bulson, Mark Volz | Confidential email between clients discussing outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |

| | | | | | |
|---|---|---|---|---|---|
| 259 | 04-11-07 | Jon Marchese | Kathie Bulson, Mark Krom, Dennis Gadonniex | Mark Krom | Confidential email between clients discussing outside counsel (Buff) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 260 | 04-05-06 | Mark Krom | Paul Kashimba Norm Hansen, Dennis Gadonniex | Kathie Bulson | Confidential email between clients and outside counsel (Kashimba) regarding patent issues involved in Series 58 label. | AC |
| 261 | 04-10-06 | Kathie Bulson | Dennis Gadonniex, Norm Hansen | | Confidential email between clients discussing outside counsel (Kashimba) intellectual property and patent issues opinion regarding intellectual property issues in anticipation of adversarial litigation. | AC/WP |
| 262 | 11-07-06 | Dennis Gadonniex | Ernie Buff, Mark Krom, Norm Hansen, Mark Hibshman | | Confidential correspondence between clients and outside counsel (Buff) regarding intellectual property and patent issues involving common legal interests and joint defense prepared principally or exclusively in anticipation of adversarial litigation. | AC |
| | | | | | |
| | | | | | |
| | | | | | |