**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 06-81105-Civ-Hurley/Hopkins

SENSORMATIC ELECTRONICS
CORPORATION,

    Plaintiff,

vs.

THE TAG COMPANY US LLC;
PHENIX LABEL COMPANY; and
DENNIS GADONNIEX,

    Defendants.
_____/

**NOTICE OF FILING**
**SENSORMATIC ELECTRONICS CORPORATION'S**
**DEMONSTRATIVE EXHIBITS USED AT TRIAL**

Plaintiff, Sensormatic Electronics Corporation ("Sensormatic"), through its undersigned counsel, hereby gives notice of filing the attached:

1.     Exhibit A, Index of Sensormatic's demonstrative exhibits used at trial; and

2.     Exhibit B, Sensormatic's demonstrative exhibits.

Dated: October 21, 2008                        Respectfully Submitted

                                                        s/ Stephen B. Gillman
                                                        Stephen B. Gillman 196734
                                                        *Email: sgillman@shutts.com*
                                                        SHUTTS & BOWEN, LLP
                                                        1500 Miami Center
                                                        201 South Biscayne Boulevard
                                                        Miami, Florida  33131
                                                        Telephone: (305) 358-6300
                                                        Facsimile:  (305) 381-9982

and

BARTLIT BECK HERMAN
PALENCHAR & SCOTT, LLP
54 West Hubbard St., Suite 300
Chicago, IL  60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

*Attorneys for Sensormatic
Electronics Corporation*

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 21, 2008 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/ Stephen B. Gillman

## SERVICE LIST

Sensormatic Electronics Corporation v. The TAG Company US LLC, Phenix Label Co., and Dennis Gadonniex, Case No. 06-81105 CIV HURLEY/HOPKINS, U.S. District Court, Southern District of Florida

*Of Counsel:*
*(Admitted Pro Hac Vice):*
Mark Levine
*Email: mark.levine@bartlit-beck.com*
Mark S. Ouweleen
*Email: mark.ouweleen@bartlit-beck.com*
Sean Gallagher
*Email: sean.gallagher@bartlit-beck.com*
Shayna S. Cook
*Email: shayna.cook@bartlit-beck.com*
BARTLIT BECK HERMAN PALENCHAR
& SCOTT, LLP
54 West Hubbard St., Suite 300
Chicago, IL  60610
Tel: (312) 494-4400 / Fax: (312) 494-4440

Sean C. Grimsley
*Email: sean.grimsley@bartlit-beck.com*
BARTLIT BECK HERMAN PALENCHAR
& SCOTT, LLP
1899 Wynkoop Street, 8th Floor
Denver, CO  80212
Tel:  (303) 592-3100 /Fax:  (303) 592-3140

Stephen B. Gillman 196734
*Email: sgillman@shutts.com*
SHUTTS & BOWEN, LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida  33131
Tel: (305) 358-6300/ Fax:  (305) 381-9982

*Attorneys for Plaintiff Sensormatic Electronics Corporation*

---

*Of Counsel:*
*(Admitted Pro Hac Vice)*
Robert R. Waters
*Email: rrwaters@waterslawoffice.com*
Jason A. Poling
*Email: japoling@waterslawoffice.com*
Olen L. York, III
*Email: olyork@waterslawoffice.com*
Enrico A. Mazzoli
*Email: eamazzoli@waterslawoffice.com*
Benjamin S. Shively
*Email: bsshively@waterslawoffice.com*
George W. Cochran
*Email: gwcochran@waterslawoffice.com*
WATERS LAW OFFICE, PLLC
714 Lyndon Lane, Suite #6
Louisville, KY 40222
Tel.: 502-425-2424/ Fax. 502-425-9724

Leslie J. Lott
*Email*:  *ljlott@lott-friedland.com)*
David K. Friedland
*Email:  dkfriedland@lfiplaw.com)*
LOTT & FRIEDLAND, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
Tel.: 305-448-7089/ Fax.: 305-446-6191

*Attorneys for Defendants TAG, Phenix Label Co. and Dennis Gadonniex*