# Exhibit A
## Sensormatic Electronics Corporation
## Index of Demonstrative Exhibits Used at Trial

| Dem. # | Title |
|---|---|
| 1 | Article Claims |
| 2 | Method Claims |
| 3 | Invention Timeline |
| 5 | Fish Markers |
| 6 | Sensormatic System: Active Label |
| 7 | Acousto-Magnetic Label |
| 8 | "Magneto-Striction" Resonator Changes Size |
| 9 | Demagnetized Bias Changes Resonator Frequency & Amplitude |
| 10 | Sensormatic System: Demagnetized Bias |
| 11 | Coercivity |
| 12 | Coercivity |
| 13 | Coercivity |
| 14 | Coercivity |
| 15 | Coercivity |
| 16 | Coercivity |
| 17 | Common Causes of Demagnetization |
| 18 | Figure 5 |
| 19 | Figure 5 |
| 20 | Figure 4 |
| 21 | Frequency of Marker |
| 22 | Frequency of Marker |
| 23 | Frequency of Marker |
| 24 | Amplitude of Marker |
| 25 | Amplitude of Marker |
| 26 | Amplitude of Marker |
| 29 | The '200 Patent |
| 30 | The '245 Patent |
| 31 | TAG Management and Consultants |
| 32 | Under Seal, Specifications |
| 33 | Under Seal, Specifications |
| 34 | Under Seal, Specifications |
| 35 | Under Seal, Specifications |
| 36 | Under Seal, Specifications |
| 37 | Same Examiner on '033 and Other Patents |
| 38 | '033 Reference: Cumulative |
| 39 | '399 Patent |
| 40 | '399 Patent |
| 41 | '399 Patent |
| 42 | Coercivity of Fish Markers |
| 43 | Law on Inherent Anticipation |
| 44 | Law on Infectious Unenforceability |
| 45 | Magnetized vs. Non-Magnetized |
| 46 | Demagnetization |
| 47 | Demagnetization |
| 48 | Demagnetization |

# Exhibit A
## Sensormatic Electronics Corporation
## Index of Demonstrative Exhibits Used at Trial

| Dem. # | Title |
| --- | --- |
| 49 | Demagnetization |
| 50 | Demagnetization |
| 51 | Demagnetization |
| 52 | Demagnetization |
| 53 | Electronic Article Surveillance (EAS) Systems |
| 54 | Hysteresis Loop |
| 55 | Hysteresis Loop |
| 56 | Hysteresis Loop |
| 57 | Hysteresis Loop |
| 58 | Hysteresis Loop |
| 59 | Hysteresis Loop |
| 60 | Hysteresis Loop |
| 61 | Series 58 Revenues |
| 62 | Series 58 Incremental Profits 10/08 - 9/09 (Forecasted) |
| 63 | Series 58 Incremental Profits |
| 64 | Head Start Benefits - 2 Year Head Start |
| 65 | 2 Year Head Start |
| 66 | Tag's Head Start Benefits |
| 67 | Tag's Head Start Benefits: Alternative Calculations |
| 70 | SemiVac 90 Development Timeline |
| 71 | '200 Patent Reexamination |
| 72 | Timing of Obviousness: Supreme Court Decision |
| 73 | Fish Markers |
| 74 | Arnokrome 4 Exhibit 4 |
| 75 | Arnokrome 4 Exhibit 4 |
| 76 | '399 Patent Examples vs. Fish Markers |
| 83 | Bozorth Figure 1-4 |
| 84 | Bozorth Figure 1-4 |
| 85 | Bozorth Figure 1-4 |
| 86 | Bozorth Figure 1-4, '200 Patent Fig 4 |
| 87 | Bozorth Figure 1-4, '200 Patent Fig 5 |
| 88 | PX97, Vacozet table |
| 89 | PX97, Bild 12.123 |
| 93 | '200/'245 Preferred Bias Materials |
| 95 | Brand Names |
| 97 | Arnokrome 4 Timeline |
| 200 | Step, Specification, Example 1 flipchart |
| 201 | Step, Specification, Example 3 flipchart |
| 202 | Series 58, FY 2008 flipchart |
| 203 | '200 Claims flipchart |
| 204 | 1979 Vacozet Coercivity Conversion flipchart |
| 205 | '245 Asserted Claims 15 and 17 flipchart |
| 300 | Elements of Trade Secret Claim |
| 301 | Sensormatic Specifications Valuable |
| 302 | Sensormatic Makes Reasonable Efforts to Maintain Secrecy |

**Exhibit A**
**Sensormatic Electronics Corporation**
**Index of Demonstrative Exhibits Used at Trial**

| Dem. # | Title |
|---|---|
| 303 | Under Seal, Specifications |
| 304 | Sensormatic Keeps Specifications Confidential |
| 305 | Under Seal, Specifications |
| 306 | Improper Use: Tag Copied Sensormatic's Specifications |
| 307 | Improper Disclosure: Bias Specifications |
| 308 | Tag's Head Start Benefits: Alternative Calculations |
| 309 | Gadonniex Employment Agreement |
| 310 | Express Fiduciary Duty |
| 311 | Implied Fiduciary Duty |
| 312 | Gadonniex Breach: Sent Copy of Tape to Bulson |
| 313 | Gadonniex Breach: Sent Confidential Information to Bulson |
| 314 | Elements of Aiding and Abetting Breach of Fiduciary Duty Claim |
| 315 | Tag's Knowledge of Breach |
| 316 | Substantial Assistance or Encouragement |
| 317 | Invalidity Must Be Proven by Clear and Convincing Evidence |
| 318 | Invalidity Analysis Must Be Performed on a Claim-by-Claim Basis |
| 319 | Corroboration Required for Inventorship |
| 320 | Copy of flipchart Dem 203 |
| 321 | Copy of flipchart Dem 203 annotated |
| 322 | Inventorship Requires Conception |
| 323 | Gadonniex Assisted After Conception |
| 325 | No Invalidation Absent Intent to Deceive |
| 326 | On-Sale Bar Anticipation |
| 327 | Critical Date Is August 28, 1995 |
| 328 | On-Sale Bar Defenses/Counterclaims Fail for Lack of Claim-by-Claim Evidence |
| 329 | Alleged On-Sale Bars |
| 330 | Sensormatic Never Sold markers with Arnokrome 4 at Any Time |
| 331 | Arnokrome 4 Markers Never Approved for Sale |
| 332 | Arnokrome 4 Timeline |
| 333 | Experimental Use Is Not "On-Sale" or "Public Use" |
| 334 | Testing of Arnokrome 4 Markers Constituted Experimental Use |
| 335 | Testing of Arnokrome 4 Markers Constituted Experimental Use |
| 336 | Arnokrome 4 Did Not Exhibit Abrupt Characteristics of Asserted Claims |
| 337 | Arnokrome 4 Did Not Exhibit Abrupt Characteristics of Asserted Claims |
| 338 | Semivac 90 Timeline |
| 340 | Semivac 90 Did Not Exhibit Abrupt Characteristics of Asserted Claims |
| 341 | Semivac 90 Did Not Exhibit Abrupt Characteristics of Asserted Claims |
| 342 | No Evidence TCA with Low Coercivity Sold |
| 343 | PX 700 Undated |
| 344 | No Evidence TCA Exhibited Abrupt Characteristics of Asserted Claims |
| 346 | Gadonniex's Memory |
| 347 | Gadonniex's Memory |
| 348 | Law on Anticipation |
| 349 | Law on Inherent Anticipation |
| 350 | Not All Fish Markers Practice Asserted Claims |

3

# Exhibit A
## Sensormatic Electronics Corporation
## Index of Demonstrative Exhibits Used at Trial

| Dem. # | Title |
|---|---|
| 351 | Prior Art Patent Does Not Inherently Disclose All Species Within Broad Range |
| 352 | Broad Universe of Materials Covered by '399 Patent |
| 353 | Coercivities of Fish Marker "Species" Not Specifically Disclosed by '399 Patent |
| 354 | Defendants' Efforts to Make Arnokrome 4 More Abrupt |
| 355 | Hindsight |
| 356 | Abrupt Characteristics Not Inherent in Low Coercivity Arnokrome 4 |
| 357 | Abrupt Characteristics Not Inherent in Low Coercivity (23 Oe) Arnokrome 4 |
| 358 | Abrupt Characteristics Not Inherent in Low Coercivity (23 Oe) Arnokrome 4 |
| 359 | Fish Marker Data Is Unreliable |
| 360 | No Evidence Bias Material in Fish Markers Made According to '399 Patent |
| 361 | No Evidence Bias Material in Fish Markers Made According to '399 Patent |
| 362 | No Evidence Bias Material in Fish Markers Made According to '399 Patent |
| 363 | What Can Be an Invention |
| 364 | Invention Disclosure, DX 256 |
| 365 | Invention Disclosure, DX 256 |
| 366 | Obviousness Inquiry |
| 367 | Fish Fails to Perform Necessary Obviousness Inquiry |
| 368 | Obviousness Arguments in '200 Reexam |
| 369 | The '200 Patent |
| 370 | The '245 Patent |
| 371 | Burden Especially Difficult Where References Cited in Reexamination |
| 373 | *KSR* "Obvious to Try" Applies Only Where Art Presents Small Set of Options |
| 374 | Manning '399 Presents Large Number of Alternatives |
| 375 | Obviousness Cannot Be Shown by Unknown Properties "Inherent" in '399 Patent |
| 378 | Objective Indicia of Nonobviousness |
| 379 | Objective Indicia of Nonobviousness: Often Most Probative |
| 380 | Objective Indicia of Nonobviousness: Failures of Others/Long Felt Need |
| 381 | Objective Indicia of Nonobviousness: Failure of Others |
| 382 | Objective Indicia of Nonobviousness: Solving Long-Felt Need |
| 383 | Objective Indicia of Nonobviousness: Commercial Success |
| 384 | Objective Indicia of Nonobviousness: Commercial Success |
| 385 | Objective Indicia of Nonobviousness: Copying |
| 386 | Objective Indicia of Nonobviousness: Licensing |
| 387 | Section 112 Enablement Requirement |
| 388 | No Claim-by-Claim Analysis of Enablement |
| 389 | No Requirement for Detailed Production Specifications |
| 390 | Single Embodiment Enough to Enable |
| 391 | Properties to Suppliers Sufficient to Enable |
| 392 | Properties to Suppliers Sufficient to Enable |
| 393 | No Supporting Evidence on Undue Experimentation |
| 394 | No Undue Experimentation: Carpenter |
| 395 | DX 207: 12/4/95 Testing of Magnedur 20-4 |
| 396 | '200 Contemplates Unnamed bias Materials with Designated Properties |
| 397 | Dr. Manning's Work on Arnokrome 5 for Sensormatic Proves Enablement |
| 398 | Examiner Withdrew Enablement Rejection During '200 Prosecution (PX 86) |

4

**Exhibit A**
**Sensormatic Electronics Corporation**
**Index of Demonstrative Exhibits Used at Trial**

| Dem. # | Title |
|--------|-------|
| 399 | Trade Names Unnecessary to Enable |
| 400 | Inequitable Conduct Elements |
| 401 | Must Strictly Apply Burden of Proof for Inequitable Conduct |
| 402 | Inequitable Conduct: Balance of Equities |
| 403 | Cumulative Art Not Material |
| 404 | '033 Cumulative |
| 405 | Specific Intent to Deceive Required |
| 406 | Gross Negligence Not Enough |
| 407 | Credible Explanation for Withholding |
| 408 | Credible Explanation for Not Disclosing '033 Patent |
| 409 | Credible Explanation for Not Disclosing '033 Patent |
| 410 | Credible Explanation for Not Disclosing '033 Patent: Claim 4 |
| 411 | Reference to "Invention" in Reexamination Supports Understanding of Claim 4 |
| 412 | Inventor Understanding of Claim 4 Based Upon a Proper Construction |
| 413 | Inventor Understanding of Claim 4 Based Upon a Proper Construction |
| 414 | Examiner in Sensormatic Patents 1994-1996 |
| 417 | Inequitable Conduct Must be Pled with Particularity |
| 418 | No Pleading of Inequitable Conduct Based on Prior Sales |
| 419 | No Inventor Knowledge of Prior Sales of Labels with Abrupt or Low Coercivity Bias |
| 420 | No Obligation to Disclose Internal Experimentation |
| 421 | References at Issue Cumulative to Cited '770 Patent in '245 Prosecution |
| 522 | *Atofina* Case on Overlapping Ranges |
| 526 | *Titanium Metals* Does Not Apply |
| 531 | Abrupt Characteristics Not Inherent in Low Coercivity Arnokrome 4 |
| 570 | PTO Determination on Acceptance Non-Appealable |
| 572 | Inequitable Conduct: Who Has a Duty to Disclose? |
| 573 | Patterson Not Substantively Involved in Preparation or Prosecution of '200 Application |
| 574 | Patterson Not Substantively Involved in Preparation or Prosecution of '200 Application |
| 576 | Reexamination Rejection *After* Inventor Declaration |