UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-81105-CIV-HURLEY/HOPKINS

SENSORMATIC ELECTRONICS CORP.,

    Plaintiff,

v.

THE TAG COMPANY US LLC, et al.,

    Defendants.
_____/

## FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the court following the court's findings of fact and conclusions of law, entered upon the conclusion of the bench trial in this matter.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. Judgment is entered in favor of plaintiff Sensormatic Electronics Corporation and against defendants The TAG Company US LLC ("TAG") and Phenix Label Company ("Phenix") on Sensormatic's claims in Count I and Count II that TAG and Phenix have infringed claims 2, 6, 10, 11, 18, 19, 20, 27, 28, and 43 of U.S. Patent No. 5,729,000 and Claims 1, 2, 4, 7, 9, 14, 15, and 17 of U.S. Patent No. 6,181,245 (the "Asserted Claims").

2. TAG and Phenix, and any of their subsidiaries, and each of their officers, agents, servants, employees, representatives, and attorneys, and those persons in concert or joint participation with any of the above, who receive actual notice of this injunction (whether by formal service or otherwise) are hereby **ENJOINED** from: a) infringing or contributing to, facilitating, or inducing the infringement of the Asserted Claims

       by making, using, selling, or offering for sale in the United States or importing into the United States the Series 58 labels, or any other product that meets each limitation of any of the Asserted Claims, or any similar product not materially different from the Series 58 labels; and b) assisting others in making, using, importing, selling, or offering to sell in the United States any infringing product.

3. Judgment is entered in favor of plaintiff Sensormatic Electronics Corporation and against defendants TAG and Phenix as to Counterclaims 1 through 8 of defendants' Amended Counterclaims.

4. Judgment is entered in favor of plaintiff Sensormatic Electronics Corporation and against defendant TAG as to Counts 6, 8, and 9 of the Fourth Amended Complaint. Sensormatic is awarded the sum of $200,000.00 (two hundred thousand dollars and zero cents) against defendant TAG in disgorgement of unjust enrichment, together with post-judgment interest at the rate of 0.50%, for which let execution issue. Furthermore, defendant TAG is **ENJOINED** from making use of any proprietary or confidential information, or any trade secret, belonging to Sensormatic, and from selling or offering to sell any product developed or produced with information misappropriated from Sensormatic.

5. Judgment is entered in favor of plaintiff Sensormatic Electronics Corporation and against defendant Dennis Gadonneix as to Counts 4, 5, and 8 of the Fourth Amended Complaint. Sensormatic is awarded its reasonable attorneys' fees and costs in connection against defendant Gadonneix. The court retains jurisdiction to determine, upon motion, the appropriate amount of fees and costs to be awarded. Furthermore,

Final Judgment and Permanent Injunction
Sensormatic Electronics Corp. v. The TAG Company US LLC et al.
Case No. 06-81105-CIV-HURLEY/HOPKINS

defendant Gadonneix is **ENJOINED** from making use of any proprietary or confidential information, or any trade secrets, belonging to Sensormatic.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _19_ day of December, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*