UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-81105-CIV-HURLEY/HOPKINS

SENSORMATIC ELECTRONICS CORP.,

     Plaintiff,

v.

THE TAG COMPANY US, et al.,

     Defendants.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE
JUDGE, GRATING IN PART PLAINTIFF'S MOTION FOR BILL OF COSTS,
DENYING PLAINTIFF'S VERIFIED ALTERNATIVE MOTION FOR
COSTS, AND DENYING DEFENDANTS' MOTION TO STAY

THIS CAUSE is before the court upon plaintiff's motion for bill of costs [DE # 348] and

verified alternative motion for costs [DE # 349], the report and recommendation of the Honorable

James M. Hopkins, United States Magistrate Judge, recommending that the court grant in part

plaintiff's motion for bill of costs and deny plaintiff's verified alternative motion for costs [DE #

388], and the motion of defendants Phenix Label Company and Dennis Gadonniex to stay adoption

of the report and recommendation as to plaintiff's bill of costs and verified alternative motion [DE

# 394].  No objections were filed to the Magistrate Judge's report.

Having carefully reviewed the Magistrate Judge's Report and Recommendation as to

plaintiff's motion, the court finds the resolution of the issues as recommended by Magistrate Judge

Hopkins to be sound and well reasoned.  The court therefore adopts those recommendations.

Defendants argue that, given the possibility of reversal, the court should stay adoption of the

report and recommendation pending the resolution of their appeal of the judgment.  However, "[t]he

Order Adopting R & R of Magistrate Judge and Denying Motion to Stay
Sensormatic Electronic Corp. v. The Tag Company US, et al.
Case No. 06-81105-CIV-HURLEY/HOPKINS

possibility of reversal exists any time one party appeals a decision, but Rule 54(d) nevertheless

contemplates the award of costs to the prevailing party 'as of course' at the time of judgment."

*Maytag Corp. v. Electrolux home Products, Inc.*, 2006 U.S. Dist. LEXIS 89383, at *7 (N.D. Iowa

Dec. 11, 2006).  During the pendency of an appeal on the merits of a case, courts often award costs.

*See Apostol v. Gallion*, 870 F.2d 1335, 1337-38 (7th Cir. 1989).  Therefore, the court concludes that

a stay is not appropriate.

It is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the United States Magistrate Judge [DE # 388] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

2. Plaintiff's motion for bill of costs [DE # 348] is **GRANTED IN PART**.

3. Plaintiff's verified alternative motion for costs [DE # 349] is **DENIED**.

4. Defendants' motion to stay adoption of the report and recommendation as to plaintiff's bill of costs and verified alternative motion for costs [DE # 394] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 2nd  day of October,

2009.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts